IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-11081

John Doe

*Plaintiff-Appellant*

v.

Rollins College

*Defendant-Appellee*

DEFENDANT-APPELLEE ROLLINS COLLEGE'S
CERTIFICATE OF INTERESTED PERSONS

> ALEXANDER DEGANCE BARNETT, P.A.
> Mark G. Alexander
> Florida Bar No. 434078
> Email: mark.alexander@adblegal.com
> Kelly DeGance
> Florida Bar No. 0606022
> E-mail: kelly.degance@adblegal.com
> Samantha Giudici Berdecia
> Florida Bar No. 0058667
> E-mail: samantha.giudici@adblegal.com
> E-mail: mailbox@adblegal.com
> 1500 Riverside Avenue
> Jacksonville, FL 32204
> (904) 345-3277 Telephone
> (904) 345-3294 Facsimile
> *Attorneys for Defendant-Appellee*

# Doe v. Rollins College
## Case No. 21-11081

## CERTIFICATE OF INTERESTED PERSONS

Defendant-Appellee, *Rollins College*, submit this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. Alexander, Mark G., as counsel for Defendant-Appellee.
2. Alexander DeGance Barnett, P.A., as counsel for Defendant-Appellee.
3. Berdecia, Samantha Giudici, as counsel for Defendant-Appellee.
4. Burruezo & Burruezo, PLLC, as counsel for Plaintiff-Appellant.
5. Burreuzo, Carlos, as counsel for Plaintiff-Appellant.
6. Burreuzo, Bertha, as counsel for Plaintiff-Appellant.
7. Dalton, Roy, The Honorable, United States District Judge.
8. DeGance, Kelly, as counsel for Defendant-Appellee.
9. Doe, John, Plaintiff-Appellant.
10. Engel & Martin, LLC, as counsel for Plaintiff-Appellant.
11. Engel, Joshua, as counsel for Plaintiff-Appellant.
12. Rollins College, Defendant-Appellee.
13. Tamashasky, Anne, as counsel for Plaintiff-Appellant.

The undersigned certifies that no publicly traded company or publicly traded corporation has an interest in the outcome of this case or this appeal.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: /s/ Mark G. Alexander
Mark G. Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to Joshua Adam Engel and Anne Tamashasky, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, OH 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com)

_____
ATTORNEY