# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 14, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303


Re:  John Doe
     v. Rollins College
     No. 23-509
     (Your No. 21-11081)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 9, 2023 and placed on the docket November 14, 2023 as No. 23-509.


Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst